**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)   JEANY L. DUNLAP   Case No. 19-08135   Chapter 13
AKA JEANY FREDERICKSON,

All Cases: Moving Creditor  IGLOO SERIES IV TRUST   Date Case Filed 03/22/2019

Nature of Relief Sought:   ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe)

Chapter 13: Date of Confirmation Hearing _____   or Date Plan Confirmed  6/14/19

Chapter 7:   ☐ No-Asset Report Filed on
            ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a. ☒ Home
   b. ☐ Car   Year, Make and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ 192,410.18 per Claim 5-1
   Total of all other Liens against Collateral $ 0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $ 175,000.00 per Debtor's Schedule A/B

5. Default
   a. ☒ Pre-Petition Default
      Number of months  14     Amount $ 25,904.07

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months  2    Amount $ 2448.04 (with $22.79 in suspense)
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ___   Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362 (d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid                     Amount $
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention filed

Date: 8/21/2019                     /s/ Timothy R. Yueill
                                    Submitted By