| *Motion For Relief Information* | | | | | |
|---|---|---|---|---|---|
| *Post-Petition Ledger* | | | | | |
| **Filed By:** | **Jeany L. Dunlap** | **Payment Changes** | | | |
| **Case Number:** | 1908135 | **From Date** | **To Date** | **Total Amount** | **P&I Total** |
| **Filing Date:** | 3/22/2019 | | | $0.00 | |
| | | | | $0.00 | |
| **Payments in POC:** | $25,904.07 | | | $0.00 | |
| **First Post Due Date:** | 4/1/2019 | | | $0.00 | |
| | | | | $0.00 | |
| | | | | | |
| | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/19 | $22.79 | | | $22.79 | | $0.00 | | | $22.79 | $22.79 |
| 05/28/19 | $2,448.04 | 04/01/19 | $1,224.02 | $1,246.81 | | $0.00 | | | $2,448.04 | $2,470.83 |
| 05/29/19 | | 05/01/19 | $1,224.02 | $22.79 | | $1,517.33 | | ($1,517.33) | $953.50 | |
| | | | | $22.79 | | | | | $0.00 | $953.50 |
| | | | | $22.79 | | | | | $0.00 | $953.50 |
| | | | | $22.79 | | | | | $0.00 | $953.50 |
| | | | | $22.79 | | | | | $0.00 | $953.50 |

EX:D